IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Annie Agnew, as Independent Administrator of the Estate of NATHANIEL (NATE) EDWARDS, deceased<br><br>                Plaintiff,<br><br>   v.<br><br>OFFICER JOHN DOE, Individually and The CITY OF ROCK FALLS,<br><br>              Defendants. | **No. 18 CV 50035**<br><br>Judge Frederick J. Kapala<br><br>Magistrate Judge Johnston<br><br>JURY DEMAND |

## INTERVENORS' STATUS REPORT REGARDING PROBATE PROCEEDINGS

Intervenors NAYSHAWN EDWARDS and NAYKAHIL EDWARDS, by and through their attorneys, THE COCHRAN FIRM CHICAGO, present the following Status Report regarding Probate Proceedings in Whiteside County, pursuant to the Court's order entered April 24, 2018, and state as follows:[1]

1. The parties remain engaged in discovery in the probate matter. Plaintiff Annie Agnew's deposition is scheduled for June 19, 2018. Intervenors intend to conduct further discovery, including deposing the decedent's mother, and obtaining a blood sample from Plaintiff and comparing it to that of the decedent.

---

[1] For reasons unknown to Intervenors, Plaintiff filed a "Joint Status Report" signed by Plaintiff's counsel and counsel for the City of Rock Falls (which is not a party to the Probate proceedings), without seeking input from or informing Intervenors that she would be doing so. Intervenors believed the Court's order of April 24 referred to the parties to the probate proceedings, i.e. the Plaintiff and the Intervenors.

2. The probate matter has been continued to August 15, 2018 for status.

**DATED:** June 9, 2018

Respectfully submitted,

By: /s/ Jordan Marsh
One of the Attorneys for Movants

Melvin L. Brooks
Jordan Marsh
Breanna N. Kantor
**THE COCHRAN FIRM CHICAGO**
140 South Dearborn Street, Suite 1020
Chicago, Illinois 60603
(312) 262-2880
Firm I.D. No. 62288
mbrooks@cochranfirm.com
jmarsh@cochranfirm.com
bkantor@cochranfirm.com

## CERTIFICATE OF SERVICE

The undersigned an attorney hereby certifies that the above document was served on **June 9, 2018**, in accordance with Fed. R. Civ. P. 5, L.R. 5.5, and the General order on electronic Case filing (ECF), pursuant to the district court's ECF system as to the ECF filers.

/s/ Jordan Marsh