UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **Annie Agnew, et al.,** ) | |
| ) | Case No: 18 CV 50035 |
| **Plaintiffs,** ) | |
| ) | Magistrate Judge Iain D. Johnston |
| **v.** ) | |
| ) | |
| **City of Rock Falls, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT REPORT ON THE STATUS OF PROBATE PROCEEDINGS

The Plaintiff ANNIE AGNEW and Plaintiff-Intervenors NAYSHAWN EDWARDS, et al., submit this joint report on probate proceedings:

1. There are two relevant probate cases pending in Whiteside County. The first regards Annie Agnew, Plaintiff in this action and current administrator of Nathaniel Edwards's estate. That case is numbered 18P30.

2. The second case regards Nakahill Edwards, et. al, intervenors in this action, 18P35.

3. Counsel for Plaintiff and Plaintiff-Intervenors have worked out any conflicts between the two parties

4. Counsel for Plaintiff and Plaintiff-Intervenors have discussed the interests and logistics in prosecuting this case against Defendants, and have come to an agreement to work jointly as co-counsel in the prosecution of this federal civil rights case.

PLAINTIFF(S)                                                          INTERVENOR(S)
Annie Agnew, as Independent                                  Nayshawn Edwards, et. al.

1