**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Western Division**

Annie Agnew, et al.

                    Plaintiff,

v.                                        Case No.: 3:18−cv−50035
                                        Honorable Iain D. Johnston

Sgt. Jonathan Cater, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 16, 2021:

       MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff's Motion for Leave to File a Brief in Excess of Fifteen Pages Instanter [145], is granted in part and denied in part. Plaintiff's response brief filed at docket [142], is stricken with leave to refile in excess of fifteen pages. Plaintiff's motion for waiver of the LR7.1 requirement that all briefs that exceed 15 pages must have a table of contents with the pages noted and a table of cases, is denied. Plaintiff 9;s refiled brief must be in strict compliance with LR7.1. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.